# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00228-CV

**In re Holly Pacharzina and Jennifer A. Milch**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators Holly Pacharzina and Jennifer A. Milch have filed a petition for writ of mandamus and motion for temporary relief concerning a January 24, 2012 ruling of the district court. We deny both the motion for temporary relief and the petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   April 12, 2012